# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN SMITH,<br><br>                Petitioner,<br><br>v.<br><br>JOSEPH W. MOSS, Chief, Contract Beds Unit,<br><br>                Respondent. | CASE NO. 1:15-cv-01696-LJO-SKO  HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 14) |

      On February 4, 2016, Respondent moved for a second 30-day extension of time to file a response to the petition in the above-captioned case. By declaration, Respondent's counsel states that, as a result of the demands of his heavy case load, he has been unable to prepare and file Respondent's response.

      Good cause having been shown, the Court hereby ORDERS that the time for Respondent to answer the petition in the above-captioned case shall be extended for 30 days from the date of this order.

IT IS SO ORDERED.

Dated:   **February 5, 2016**                  **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE