# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN SMITH,<br><br>    Petitioner,<br><br>  v.<br><br>JOSEPH W. MOSS, Chief, Contract Beds Unit,<br><br>    Respondent. | Case No. 1:15-cv-01696-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 16) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Respondent has advised the Court that Petitioner is presently incarcerated in Correctional Training Facility, Soledad, California. As a result, Marion Spearman, Warden of the Correctional Training Facility, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Marion Spearman, Warden, Correctional Training Facility, as Respondent.

IT IS SO ORDERED.

Dated:    **March 9, 2016**                          **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

1