UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN SMITH,<br><br>                    Petitioner,<br><br>     v.<br><br>MARION SPEARMAN, Warden,<br><br>                    Respondent. | No.  1:15-cv-01696-LJO-SKO  HC<br><br>**ORDER DIRECTING RESPONDENT TO FILE LODGED DOCUMENTS**<br><br>**(Docs. 16 and 19)** |

On March 21, 2016, Petitioner filed a motion for production of the documents lodged in this case. Doc. 19.  Although the answer to the petition refers to at least 49 "lodged documents" (Doc. 16), the docket in this case does not show that the documents were ever lodged with this Court or served on Petitioner.

Accordingly, it is hereby ORDERED that, within fourteen days of the date of this order, Respondent shall lodge with the Court all documents referred to in Doc. 16 and serve copies of all such lodged documents on Petitioner.

IT IS SO ORDERED.

Dated:   **March 23, 2016**                              **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE

1