# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN SMITH,<br><br>Petitioner,<br><br>v.<br><br>MARION SPEARMAN, Warden,<br><br>Respondent. | Case No. 1:15-cv-01696-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 24) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody."  Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts.  Petitioner has advised the Court that he is presently incarcerated in the Substance Abuse and Treatment Facility, Corcoran, California.  As a result, Stuart Sherman, Warden of the Substance Abuse and Treatment Facility, now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Stuart Sherman, Warden, Substance Abuse and Treatment Facility, as Respondent.

IT IS SO ORDERED.

Dated:   **May 31, 2016**                                     /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE