UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN SMITH,<br><br>Petitioner,<br><br>v.<br><br>STUART SHERMAN, Warden,<br><br>Respondent. | No. 1:15-cv-01696-LJO-SKO HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE COURT DENY THE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(Doc. 29)** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On February 22, 2018, the Magistrate Judge filed Findings and Recommendations in which she recommended that the Court dismiss the petition and decline to issue a certificate of appealability. The Findings and Recommendations, which was served on Petitioner on the same date, provided that objections could be served within thirty days. Although thirty days have passed, Petitioner has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo*, the Court finds that the findings and recommendations are supported by the record and proper analysis.

1

Based upon the foregoing,

1) The Findings and Recommendations (Doc. 29), filed February 22, 2018, are ADOPTED in full;

2) The Court DECLINES to issue a certificate of appealability; and

3) The Court DIRECTS the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated: **March 27, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE